STATE OF CONNECTICUT *v.* MELVIN BROKAW

The defendant's petition for certification for appeal from the Appellate Court, 32 Conn. App. 505 (AC 11114), is denied.

*John R. Donovan,* in support of the petition.

*John A. East III,* deputy assistant state's attorney, in opposition.

Decided October 5, 1993

WHISPER WIND DEVELOPMENT CORPORATION *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF MIDDLEFIELD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 515 (AC 11497), is granted, limited to the following issue:

"Was the Appellate Court correct in concluding that the trial court properly determined that the plaintiff's failure to meet the general health, safety and welfare requirements set forth in the town's zoning regulations provided an adequate basis for the defendant's denial of a special permit application, even though the plaintiff's application complied with all of the technical requirements of the regulations applicable to special permits?"

The Supreme Court docket number is SC 14849.

*Lori Welch-Rubin,* in support of the petition.

*Thomas P. Byrne,* in opposition.

Decided October 5, 1993